# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY MARIE HICKS, | CASE NO. 1:13-cv-00374-SMS |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED |
| v. | *IN FORMA PAUPERIS* |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | (Doc. 4) |
| Defendant. | |

By a motion filed March 15, 2013, Plaintiff Misty Marie Hicks seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*. The Clerk of Court is directed to issue new case documents and summons.

IT IS SO ORDERED.

**Dated:   March 19, 2013**              /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE