BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, SBN PA 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| MISTY MARIE HICKS, | Case No. 1:13-CV-00374-SMS |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME |
| v. | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

    The parties, through their respective counsel, stipulate to extend Defendant's due date for responding to Plaintiff's Opening Brief from November 27, 2013, to January 13, 2014.

    This is Defendant's first request for an extension of time to respond to Plaintiff's Opening Brief. Defendant needs the additional time to further review the

1

file and prepare a response in this matter to avoid a confluence of due dates in the midst of the holiday season as a result of the lapse in appropriations.

|                              | Respectfully submitted, |
|---|---|
| Dated: November 25, 2013     | */s/ Steven Rosales* <br> STEVEN ROSALES <br> (Authorized via Email on 11/25/13) <br> Attorney for Plaintiff |

Dated: November 25, 2013        BENJAMIN B. WAGNER
                                United States Attorney
                                DONNA L. CALVERT
                                Acting Regional Chief Counsel, Region IX
                                Social Security Administration

                            By: */s/ Donna W. Anderson*
                                DONNA W. ANDERSON
                                Special Assistant United States Attorney
                                Attorneys for Defendant

IT IS SO ORDERED:

Dated: 11/26/2013            /s/ SANDRA M. SNYDER
                             THE HONORABLE SANDRA M. SNYDER
                             United States Magistrate Judge