BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, SBN PA 46355
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, CA 94105-1545
     Telephone:  (415) 977-8930
     Facsimile:  (415) 744-0134
     E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | | |
|---|---|---|
| MISTY MARIE HICKS, | ) | Case No. 1:13-CV-00374-SMS |
| | ) | |
|     Plaintiff, | ) | STIPULATION AND |
|   v. | ) | ORDER TO EXTEND TIME |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |

The parties, through their respective counsel, stipulate to extend Defendant's due date for responding to Plaintiff's Opening Brief from January 13, 2014 to February 26, 2014.

//

//

//

1

This is Defendant's second request for an extension of time to respond to Plaintiff's Opening Brief.  The parties require more time to continue to engage in good faith settlement discussion in order to timely resolve this issue.  Counsel requests an extension of time to February 12, 2014 to complete settlement.  If settlement is not successful, Defendant will file her brief by February 26, 2014.

Dated: January 13, 2014

Respectfully submitted,
*/s/ Steven Rosales*
STEVEN ROSALES
(Authorized via Email on 1/13/14)
Attorney for Plaintiff

Dated: January 13, 2014

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:  */s/ Donna W. Anderson*
DONNA W. ANDERSON
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED:

Dated: 1/14/2014          /s/ SANDRA M. SNYDER
                          THE HONORABLE SANDRA M. SNYDER
                          United States Magistrate Judge

2