UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| MISTY MARIE HICKS, | ) | Case No. 1:13-CV-00374-SMS |
| | ) | |
| Plaintiff, | ) | ORDER OF REMAND |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon the parties' Stipulation for Remand, this matter shall be remanded to the Commissioner as authorized by sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), for further proceedings.  On remand, the Appeals Council will remand the matter to an administrative law judge (ALJ) for a new decision and further proceedings.  On remand, the ALJ will update the record and: (1) reevaluate Plaintiff's mental impairment at step 3 of the sequential evaluation process in light of Listing 12.05C, and (2) reevaluate whether Plaintiff has deficits in adaptive functioning, (3) determine the severity of her depression and determine what impact, if any, the limitations would have on the claimant's ability to perform work related activities.  In addition, the ALJ will (4) recontact Dr. Popper, to obtain a complete copy of the report dated January 13, 2010.


IT IS SO ORDERED.


Dated: 1/31/ 2014          /s/ SANDRA M. SNYDER                    
                           HONORABLE SANDRA M. SNYDER

United States Magistrate Judge